

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| BERNARDO L. GONZALEZ, | § | No. 08-19-00004-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| MOMENTUM DESIGN AND CONSTRUCTION, INC., | § | of El Paso County, Texas |
| | § | (TC# 2018DCV3826) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellee's motion to dismiss the appeal for lack of jurisdiction. After reviewing Appellee's motion and Appellant's response, we agree with Appellant that while Section 150.002(f) of the Civil Practice and Remedies Code authorizes an interlocutory appeal from the order granting Appellee's motion to dismiss, an interlocutory appeal is neither mandatory nor the exclusive means of appeal. Consequently, Appellant did not waive his right to appeal by waiting until the interlocutory order became final when the trial court signed the severance order. Appellee's motion to dismiss the appeal is DENIED.

IT IS SO ORDERED this 24th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.